UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-CR-25-T-27TBM

RONALD B. GRIFFIN

_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 24th day of October, 2006, on a Petition to Revoke Supervised Release. The Defendant, RONALD B. GRIFFIN, appeared with Counsel, Howard Anderson, AFPD; and Amanda Kaiser, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **RONALD B. GRIFFIN**, is hereby committed to the custody of the

Bureau of Prisons for imprisonment for a period of **TIME SERVED**.

3. The defendant, RONALD B. GRIFFIN, is placed on supervised release for a term of **TWENTY-FOUR (24) MONTHS**. The defendant shall comply with all conditions of supervision previously imposed in this cause.

4. The defendant shall pay restitution in the minimum amount of $100.00 per month.

5. The Court will consider an early termination of supervision upon payment of restitution and if all other conditions of supervision have been met.

DONE AND ORDERED at Tampa, Florida this 25th day of October, 2006.

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation